```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT J. METRO,                  )    CIVIL DIVISION
                                  )
          PLAINTIFFS,             )    NO: CA02-2800
                                  )
     VS.                          )    **APPEARANCE**
                                  )
CONSOLIDATED RAIL CORPORATION,    )
NORFOLK SOUTHERN RAILWAY COMPANY, )
                                  )    JURY TRIAL DEMANDED
          DEFENDANTS.             )
```

## **APPEARANCE**

TO:  Michael Kunz, Clerk of Courts

Kindly enter my Appearance on behalf of Defendants, CONSOLIDATED RAIL CORPORATION AND NORFOLK SOUTHERN RAILWAY COMPANY, in the above-captioned matter. All papers, process, etc., may be served on me at Burns, White & Hickton, 120 Fifth Avenue, Suite 2400, Pittsburgh, Pennsylvania, 15222.

RESPECTFULLY SUBMITTED:

BURNS, WHITE & HICKTON

By_____
   Michael W. Burns, Esquire
   Pa. ID# 15795
   Attorney for Defendants
   120 Fifth Avenue
   Suite 2400
   Pittsburgh, Pa.  15222-3001
   (412) 394-2500

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of SEPTEMBER 2002 A copy of the within was served on all counsel of record, via first class mail postage prepaid:

    Joseph Cappelli, Esquire
    Six Tower Bridge
    Suite 550
    181 Washington Street
    Conshohocken, PA  19428


By_____
   Michael W. Burns, Esquire
   Attorney for Defendants